```
 1  LAW OFFICE OF JULIE M. MCCOY
    JULIE M. MCCOY, Bar no. 129640
 2  JACQUELYNE M. NGUYEN, Bar no. 249658
    1670 SANTA ANA AVE., SUITE "K"
 3  COSTA MESA, CA 92627

 4  Telephone: (949) 722-0055
    Fax: (949) 722-8416
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 11-2082 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| JOHN LLAMAS, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, John Llamas, in the principal amount of $60,241.87 plus interest accrued to March 8, 2011, in the sum of $38,999.19; with interest accruing thereafter at $12.75 daily until entry of judgment, for a total amount of **$99,241.06**.

DATED: 6/22/2011          By: TERRY NAFISI
                              Clerk of the Court
                              _____
                              Deputy Clerk
                              United States District Court